UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | 1:25-cv-00140-LEW |
| NATALIE C. THEBERGE, | ) ) | |
| Defendant | ) | |

**REPORT OF FINAL PRETRIAL CONFERENCE AND ORDER**

Following a telephonic pretrial conference on April 29, 2026, for the reasons stated on the record, the Court finds and orders:

1. **Claims and Defenses**:  The claims, defenses, and related issues are as identified by the parties in their final pretrial memoranda.

2. **Motions in Limine**:  The parties do not anticipate filing any motions in limine. Plaintiff, however, intends to file a motion to permit a witness to testify by videoconference.  Plaintiff shall file the motion on or before May 4, 2026. Defendant shall file a response to the motion on or before May 11, 2026.

3. **Witness lists**: Defendant does not anticipate presenting any witnesses at trial. Plaintiff shall file its final witness list by June 1, 2026.

4. **Exhibit list**:  Defendant does not anticipate presenting any exhibits at trial. On or before June 1, 2026, Plaintiff shall file its exhibit list and shall provide Defendant with copies of the exhibits. The original exhibits shall not be filed before trial.

5.  **Trial**:  The matter is scheduled for a bench trial on June 15, 2026, at 10:00 a.m.

in Portland.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 30th day of April, 2026.