**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**THE UNITED STATES OF AMERICA,**
**ACTING THROUGH THE UNITED**
**STATES DEPARTMENT OF**
**AGRICULTURE**,

Plaintiff,

v.

**NATALIE C THEBERGE,**

Defendant,

CASE NO.  **1:25-cv-00140-LEW**

## NOTICE OF APPEARANCE

To the Clerk of the above-named court:

Please enter the appearance of the undersigned as attorney for the United States of America,

Acting Through the United States Department of Agriculture in the above-entitled action.

Dated this **June 4, 2026.**

/*s/ Stephean C. Chute*
Stephean C. Chute, Esq., Bar No. 06828
Braucher & Associates, PLLC
764 Chestnut Street, Suite 1
Manchester, NH 03104
stephean@ishofn.com

*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on **June 4, 2026**, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

THOMAS A. COX
tacsail@icloud.com

Dated at Manchester, New Hampshire, this **June 4, 2026**.

/s/ Stephean C. Chute
Stephean C. Chute, Esq., Bar No. 06828
*Attorney for the Plaintiff*